»P51/« **SCREEN 51 - SUFFOLK PAYROLL/PERSONNEL** INQUIRY »I«
**END OF DATA**
SOC SEC NBR: »089707635« START-DATE »100107« END-DATE »999999«

**P A Y M E N T H I S T O R Y - C H E C K**

SS NO: 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 NAME: TRIMIGLIOZZI, GEORGE F

| PAYROLL-PERIOD | GROSS-YTD | GROSS-AMT | NET-AMT | CHECK-NBR | CHECK-DATE | TYPE |
|---|---|---|---|---|---|---|
| 12/30/07 | 2,935.00 | 2,935.00 | 2,064.27 | 11064398 | 12/30/07 | DD |
| 12/16/07 | 78,808.93 | 3,127.52 | 2,106.59 | 03663746 | 12/16/07 | CHECK |
| 12/09/07 | 75,681.41 | 5,057.65 | 3,034.59 | 03658369 | 12/09/07 | CHECK |
| 12/09/07 | 70,623.76 | 1,902.57 | 1,141.54 | 03657951 | 12/09/07 | CHECK |
| 12/02/07 | 68,721.19 | 2,935.00 | 2,058.27 | 03655798 | 12/02/07 | CHECK |
| 11/18/07 | 65,786.19 | 2,935.00 | 2,058.27 | 11023960 | 11/18/07 | DD |
| 11/04/07 | 62,851.19 | 2,935.00 | 2,058.27 | 11013061 | 11/04/07 | DD |
| 10/28/07 | 59,916.19 | 1,837.00 | 1,102.20 | 11005901 | 10/28/07 | DD |
| 10/21/07 | 58,079.19 | 2,935.00 | 2,058.27 | 11000039 | 10/21/07 | DD |
| 10/07/07 | 55,144.19 | 2,935.00 | 2,058.27 | 10989033 | 10/07/07 | DD |

**TOTAL 29,534.74**

« XMIT » «